# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:23–cr–00374

Carlos Gonzalez–Vargas

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Carlos Gonzalez–Vargas as set forth below.**

**Before the Honorable Lee H Rosenthal**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/24/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Sentencing

Date: April 9, 2025                                                      Nathan Ochsner, Clerk